# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Oscar Reese

Plaintiff

v.

C. Reese, Warden

Defendants

Case No. *Civil 00-2313 ADM/SRN*

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is dismissed without prejudice.

DATE: November 14, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk